No. 97–843. DAVIS, AS NEXT FRIEND OF LASHONDA D. *v.* MONROE COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. [Certiorari granted, 524 U. S. 980.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 97–1337. MINNESOTA ET AL. *v.* MILLE LACS BAND OF CHIPPEWA INDIANS ET AL. C. A. 8th Cir. [Certiorari granted, 524 U. S. 915.] Motion of respondents John W. Thompson et al. for divided argument granted to be divided as follows: 20 minutes for Minnesota and 10 minutes for respondents John W. Thompson et al. Request for additional time for oral argument denied. Motion of the Solicitor General for divided argument granted.

No. 97–1489. YOUR HOME VISITING NURSE SERVICES, INC. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. [Certiorari granted, 524 U. S. 925.] Motion of Oklahoma Hospital Association et al. for leave to file a brief as *amici curiae* out of time denied.

No. 97–1709. KUMHO TIRE CO., LTD., ET AL. *v.* CARMICHAEL ET AL. C. A. 11th Cir. [Certiorari granted, 524 U. S. 936.] Motions of International Association of Arson Investigators and National Academy of Forensic Engineers for leave to file briefs as *amici curiae* granted.

No. 97–8629. RICHARDSON *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 809.] Motion for appointment of counsel granted, and it is ordered that William A. Barnett, Jr., Esq., of Chicago, Ill., be appointed to serve as counsel for petitioner in this case.

No. 98–5864. STRICKLER *v.* GREENE, WARDEN. C. A. 4th Cir. [Certiorari granted, *ante*, p. 809.] Motion for appointment of counsel granted, and it is ordered that Barbara L. Hartung, Esq., of Richmond, Va., be appointed to serve as counsel for petitioner in this case.

No. 98–404. DEPARTMENT OF COMMERCE ET AL. *v.* UNITED STATES HOUSE OF REPRESENTATIVES ET AL. D. C. D. C. [Probable jurisdiction noted, 524 U. S. 978]; and

No. 98–564. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. *v.* GLAVIN ET AL. D. C. E. D. Va. [Probable jurisdiction noted, *ante*, p. 924.] Motion of appellees for divided argument granted.